■ HERBERT MEEHAN et al., Appellants, v AVIS RENT A CAR SYSTEM, INC., Respondent. (And a Third-Party Action.) [684

NYS2d 906] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Murphy, J.), dated November 20, 1997.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Murphy at the Supreme Court. O'Brien, J. P., Ritter, Thompson and Goldstein, JJ., concur.